UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X  Case No.: 1:25-cv-02318-DEH
MICHAEL D. YOUNG,

                Plaintiff,

   -against-                    **PROPOSED ORDER**

JPMORGAN CHASE BANK, N.A.,

                Defendant.
---------------------------------------------------------X

THIS MATTER having been opened to the Court by Stagg Wabnik Law Group LLP, counsel for Defendant, JPMorgan Chase Bank, N.A., having timely filed a Notice of Removal on March 20, 2025, and

Whereas Plaintiff, Michael D. Young, having filed a Summons with Notice with Supreme Court of the State of New York, County of New York, pursuant to CPLR § 305 on February 21, 2025;

It is HEREBY ORDERED on this __3__ day of _____April_____, 2025, that Plaintiff is directed to file a complaint on or before the _23_ day of _____April_____, 2025.

The Clerk of Court is respectfully directed to terminate ECF No. 6.

SO ORDERED.

                                                _____
                                                Dale E. Ho
                                                United States District Judge
                                                Dated: April 3, 2025
                                                New York, New York